

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00079-CV

**IN THE INTEREST OF E.J.M.K.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA00825
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED and appointed counsel's motion to withdraw is DENIED.

We order that no costs be assessed against the appellant because she is indigent.

SIGNED August 7, 2019.

_____
Rebeca C. Martinez, Justice